MAY 11, 1959.

No. 792, Misc. BROWN v. NEW YORK. On petition for writ of certiorari to the Appellate Division of the Supreme Court of New York, First Judicial Department. Petition dismissed pursuant to Rule 60 of the Rules of this Court. Petitioner *pro se.*

MAY 18, 1959.

No. 252. SAFEWAY STORES, INC., v. OKLAHOMA RETAIL GROCERS ASSOCIATION, INC., ET AL. Appeal from the Supreme Court of Oklahoma. The motion of the National Association of Tobacco Distributors, Inc., for leave to file brief, as *amicus curiae,* is granted. MR. JUSTICE CLARK took no part in the consideration or decision of this motion. *Chester Inwald* on the motion.

No. 380. COMMISSIONER OF INTERNAL REVENUE v. HANSEN ET UX. Certiorari, 358 U. S. 879, to the United States Court of Appeals for the Ninth Circuit;

No. 381. COMMISSIONER OF INTERNAL REVENUE v. GLOVER. Certiorari, 358 U. S. 879, to the United States Court of Appeals for the Eighth Circuit; and

No. 512. BAIRD ET UX. v. COMMISSIONER OF INTERNAL REVENUE. Certiorari, 358 U. S. 918, to the United States Court of Appeals for the Seventh Circuit. The motion of Vance L. Wiley et al. for leave to file supplemental brief, as *amici curiae,* is granted. *William Waller* for movants.

No. 703, Misc. DAVIS v. PEGELOW, SUPERINTENDENT, DISTRICT OF COLUMBIA REFORMATORY. Motion for leave to file petition for writ of habeas corpus and for other relief denied.